# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

LENA MARIE LINDBERG

Case No. 6:21-mc-163-RBD-DCI

_____

## ORDER

Filings by *pro se* Plaintiff Lena Marie Lindberg are subject to prescreening as a vexatious litigant. (Doc. 1.) After U.S. Magistrate Judge Daniel C. Irick's last order found various filings frivolous, Lindberg appealed and moved to appeal *in forma pauperis*. (Doc. 18; Doc. 22 ("Motion").) On referral, Judge Irick entered a Report and Recommendation submitting that the Court should deny the Motion, as the appeal is not taken in good faith (Doc. 24 ("R&R").) The time has passed and no objections were filed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 24) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Lindberg's Motion (Doc. 22) is **DENIED.**

3. The Court **CERTIFIES** that the appeal (Doc. 18) is not taken in good

faith.

4. The Clerk is **DIRECTED** to notify the Eleventh Circuit of this Order. *See* Fed. R. App. P. 24(a)(4)(A), (B).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 16, 2023.

ROY B. DALTON, JR.
United States District Judge