# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Lena Marie Lindberg**

                                **Case No:   6:21-mc-163-RBD-LHP**

## ORDER

On October 26, 2021, in case number 6:21-cv-1372-RBD-GJK (Doc. No. 20), the Honorable Roy B. Dalton, Jr., United States District Judge, precluded Lena Marie Lindberg ("Lindberg") from filing any pleading or filing without prescreening for arguable merit by a judicial officer.  Doc. No. 1.[1]  Lindberg's most recent documents have been submitted to the undersigned for review pursuant to the terms of the October 26, 2021 Order,[2] which include:

> 1. A Letter to the Clerk of Court, received September 5, 2023, asking the Clerk to "file the attached Proof of Service for August 7, 2023 received August 11, 2023 petition for a writ of certiorari stamped by the SCOTUS clerk under all related trial court dockets. . . ," which letter includes several attachments.

---

[1] The matter was before Judge Dalton *sua sponte* in light of Lindberg's six pending cases at that time: 6:21-cv-1372-RBD-GJK, 6:21-cv-1417-RBD-GJK, 6:21-cv-1544-RBD-GJK, 6:21-cv-1587, 6:21-cv-1704-RBD-GJK, 6:21-cv-1747-RBD-EJK, and 6:21-cv-1783-RBD-EJK. *See* 6:21-cv-1372-RBD-GJK, Doc. No. 20.  Those matters have all since been closed.

[2] This matter was reassigned to the undersigned as the assigned Magistrate Judge on October 30, 2023.  Doc. No. 31.

2. A "Notice of 9/5/2023 Judgments Filed in Related Cases for Consolidation/to Intervene/Updated List of Related Cases" filed on September 18, 2023, attaching a lengthy list of cases allegedly related to the above-styled case and Lindberg's other closed cases in this Court, and a Certificate of Interested Persons and Corporate Disclosure Statement.

3. A "Corrected Notice of 9/5/2023 Judgments Filed in Related Cases for Consolidation/to Intervene/Amended Updated List of Related Cases Invoking 28 USC § 1452," sent on September 28, 2023.

As it relates to the Letter to the Clerk of Court, this Letter asks the Clerk of Court to file in all of Lindberg's closed cases a proof of service filed in the Supreme Court of the United States, and attaches several notices and letters filed with the Supreme Court of the United States, the Court of Appeals for the Seventh Circuit, the Court of Appeals for the Eleventh Circuit, the Court of Appeals for the Federal Circuit, the Court of Appeals for the District of Columbia, and the District Court for the Northern District of Illinois, as well as prior orders from the Eleventh Circuit, and a "Motion to Transfer/Consolidate." Upon review, there is no basis for filing these documents in Lindberg's closed federal cases under the Local Rules of this Court or the Federal Rules of Civil Procedure, and thus, the Letter and its attachments are improper. To the extent that Lindberg seeks relief regarding matters pending in other courts outside of the District Court for the Middle District of Florida, this Court lacks jurisdiction to hear matters pending in other courts. And to the extent that the Letter is asking to file the "Motion to Transfer/Consolidate" to be considered in this and Lindberg's related closed cases,

there is no arguable merit to the request, and it appears to be duplicative of a document previously submitted and found frivolous.  *See* Doc. No. 27, at 2.

As it relates to the two Notices of 9/5/2023 Judgments Filed in Related Cases, there is no basis for filing these types of notices in Lindberg's closed federal cases under the Local Rules or the Federal Rules of Civil Procedure.  There is no case or controversy before the Court and, thus, the notices are improper.

Accordingly, it is **ORDERED** that the documents described in this Order have no arguable merit or are abusive, frivolous, scandalous, or duplicative.  The Clerk of Court is **DIRECTED** to return the original documents to Lindberg after making a copy for the Court and to otherwise follow the Court's directions set forth in 6:21-cv-1372-RBD-GJK, Doc. No. 20.

**DONE** and **ORDERED** in Orlando, Florida on December 12, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties