# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Lena Marie Lindberg**

                      **Case No:   6:21-mc-163-RBD-LHP**

## ORDER

On October 26, 2021, in case number 6:21-cv-1372-RBD-GJK (Doc. No. 20), the Honorable Roy B. Dalton, Jr., United States District Judge, precluded Lena Marie Lindberg ("Lindberg") from filing any pleading or filing without prescreening for arguable merit by a judicial officer.  Doc. No. 1.[1]  Lindberg's most recent documents have been submitted to the undersigned for review pursuant to the terms of the October 26, 2021 Order,[2] which include the following documents received December 5, 2023:

> 1. A Letter to the Clerk of Court asking the Clerk to "file the attached updated notice of related cases" in her closed cases in this Court, to include an attached 163-paragraph "Updated List of Related Cases (Date 10/20/2023)."

---

[1] The matter was before Judge Dalton *sua sponte* in light of Lindberg's six pending cases at that time: 6:21-cv-1372-RBD-GJK, 6:21-cv-1417-RBD-GJK, 6:21-cv-1544-RBD-GJK, 6:21-cv-1587, 6:21-cv-1704-RBD-GJK, 6:21-cv-1747-RBD-EJK, and 6:21-cv-1783-RBD-EJK.  *See* 6:21-cv-1372-RBD-GJK, Doc. No. 20.  Those matters have all since been closed.

[2] This matter was reassigned to the undersigned as the assigned Magistrate Judge on October 30, 2023.  Doc. No. 31.

2.     A "Proof of Service/Motion to Adopt the Records for Related Appeals 23-7058, 23-7066, 23-7137, and Similar Related Cases 1:23-cv-02390, 6:21-mc-00163," which addresses service of documents on a Clerk of Court in Washington, D.C., to include attached USPS receipts.

3.     A "Notice of Filing" of a "Notice to Invoke Discretionary Jurisdiction," a copy of which "Notice to Invoke Discretionary Jurisdiction" is attached and appears to have been filed in the United States District Court for the District of Columbia, and references another attached two copies of an opinion from the Eleventh Circuit Court of Appeals that otherwise appears on the docket in the above-styled case.  *See* Doc. No. 32.

As it relates to the Letter to the Clerk of Court, to include an attached "Updated List of Related Cases (Date 10/20/2023)," there is no basis for filing these types of notices in Lindberg's closed federal cases under the Local Rules or the Federal Rules of Civil Procedure.  There is no case or controversy before the Court and, thus, the notice is improper.  *See also* Doc. No. 33.

Regarding the "Proof of Service/Motion to Adopt the Records for Related Appeals," upon review, there is no basis for filing this document in Lindberg's closed federal cases under the Local Rules of this Court or the Federal Rules of Civil Procedure, and thus, the filing and its attachments are improper.  To the extent the filing is a motion seeking affirmative relief from the Court, such that the Court "adopt the record" in other cases, there is no arguable merit to the request.

Concerning the "Notice of Filing" of a "Notice to Invoke Discretionary Jurisdiction" filed in the United States District Court for the District of Columbia, there is no basis under the Local Rules or the Federal Rules of Civil Procedure for

filing such documents in this Court. To the extent that Lindberg seeks relief regarding matters pending in other courts outside of the District Court for the Middle District of Florida, this Court lacks jurisdiction to hear matters pending in other courts. *See also* Doc. Nos. 27, 33. And to the extent that Lindberg wishes to file the November 21, 2023 opinion from the Eleventh Circuit, that filing is already available on the docket. *See* Doc. No. 32.

Accordingly, it is **ORDERED** that the documents described in this Order have no arguable merit or are abusive, frivolous, scandalous, or duplicative. The Clerk of Court is **DIRECTED** to return the original documents to Lindberg after making a copy for the Court and to otherwise follow the Court's directions set forth in 6:21-cv-1372-RBD-GJK, Doc. No. 20.

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties