# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Lena Marie Lindberg**

                    **Case No:   6:21-mc-163-RBD-LHP**

## ORDER

On October 26, 2021, in case number 6:21-cv-1372-RBD-GJK (Doc. No. 20), the Honorable Roy B. Dalton, Jr., United States District Judge, precluded Lena Marie Lindberg ("Lindberg") from filing any pleading or filing without prescreening for arguable merit by a judicial officer.  Doc. No. 1.[1]  Lindberg's most recent documents have been submitted to the undersigned for review pursuant to the terms of the October 26, 2021 Order,[2] which include the following documents:

1. Certified Mail containing the following materials previously received and addressed by the Court:

    a. A Letter to the Clerk of Court received December 5, 2023, asking the Clerk to "file the attached updated notice of related cases" in her

---

[1] The matter was before Judge Dalton *sua sponte* in light of Lindberg's six pending cases at that time: 6:21-cv-1372-RBD-GJK, 6:21-cv-1417-RBD-GJK, 6:21-cv-1544-RBD-GJK, 6:21-cv-1587, 6:21-cv-1704-RBD-GJK, 6:21-cv-1747-RBD-EJK, and  6:21-cv-1783-RBD-EJK. *See* 6:21-cv-1372-RBD-GJK, Doc. No. 20.   Those matters have all since been closed.

[2] This matter was reassigned to the undersigned as the assigned Magistrate Judge on October 30, 2023.

closed cases in this Court, to include an attached 163-paragraph "Updated List of Related Cases (Date 10/20/2023)."

b. A "Notice of Filing" of a "Notice to Invoke Discretionary Jurisdiction" received December 5, 2023, a copy of which "Notice to Invoke Discretionary Jurisdiction" is attached and appears to have been filed in the United States District Court for the District of Columbia, and references another attached two copies of an opinion from the Eleventh Circuit Court of Appeals.

c. A "Proof of Service/Motion to Adopt the Records for Related Appeals 23-7058, 23-7066, 23-7137, and Similar Related Cases 1:23-cv-02390, 6:21-mc-00163" received December 5, 2023, which addresses service of documents on a Clerk of Court in Washington, D.C., to include attached USPS receipts.

d. A copy of the Court's May 23, 2024 Order entered in this case addressing these documents. *See* Doc. No. 35.

2. A Notice of Pendency of Other Actions received on June 10, 2024, labeled "FILE UNDER SEAL" and sent "in accordance with Local Rule 1.07(c)," listing 165 other matters Lindberg says are related to this matter.

3. A Motion to File Under Seal received June 10, 2024, in which Lindberg appears to seek to file under seal a motion filed by Lindberg in the United

States District Court for the District of Columbia titled "Plaintiff Lena Marie Lindberg's *Pro Se* Motion with Exhibits to File Under Seal Satisfying All Six *Hubbard* Factors Pursuant to *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), as well as an associated "Exhibit A" and a letter to Lindberg from the Clerk of the United States Court of Appeals for the District of Columbia Circuit regarding the filing.

4. A box of certified priority mail sent on June 15, 2024, which includes a "Confidential" "Motion to Transfer Seventh Circuit and Eleventh Circuit Matters to Cure Improper Venue and Forum Pending Execution of Writs Filed (Doctrine of Forum *Non-Conveniens*) Notice of Multi-District Litigation and Filed Multi-Circuit Petition(s)," addressing the remaining contents of the box that Lindberg wishes to have docketed, to include:

    a. "Proof of Service/Notice of Filing November 28, 2023 Docketed DC Appellate Court Opening Brief #2029291, Lena Marie Lindberg (In Re: United States of America) v. Bruce Lee Assam, et al., 23-7137."

    b. A letter asking the Court to "waive these and any future PACER fees," including an attached billing statement from PACER Service Center.

    c. A June 7, 2024 letter to the Clerk of Court for the District Court, District of Columbia Circuit.

  d. A picture of a piece of priority mail.

  e. A letter from Lindberg to the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit.

  f. Documents marked "Evidence," to include email printouts of document service confirmation in cases filed in the Supreme Court of Florida and the attendant documents.

  g. "Petitioner's Motion to Reinstate Appeal for Purposes of Filing Petition for Writ of Certiorari to Assist Future Transfer into Federal Court Jurisdiction Due to Issues of Forum Non-Conveniens and Reported Criminal Acts of Intentional Sabotage," filed in the Supreme Court of Florida in September 2022.

  h. A printout of 28 U.S.C. § 1361 to include an attached letter with the handwritten note: "please see the attached default judgment which is void and is further evidence of fraud"; and printouts from the Fifth District Court of Appeal and Florida Courts websites, the Laws of Florida, and a Florida Supreme Court Administrative Order.

  i. Copies of filings made in the United States Court of Appeals for the Eleventh Circuit.

  j. A "Notice of Filing/Motion to Consolidate" filed in the Supreme Court of the United States.

k. A letter sent to Lindberg from the Judicial Panel on Multidistrict Litigation.

l. An Order from the Supreme Court of Florida declining to accept jurisdiction over a petition for review.

m. A "Notice of Filing" made in the United States District Court for the District of Columbia.

n. A Notice of Appeal filed by Lindberg in the Supreme Court of the United States.

o. A Motion for Leave to Proceed *in Forma Pauperis* filed in the Supreme Court of the United States.

p. A "Notice of Corrected Filing Docketed by the U.S. Court of Appeals for the District of Columbia."

q. A "Motion to Consolidate Appeals/for Leave of Court to Proceed on Appeal *in Forma Pauperis*/for an Appointment of Counsel/to Expedite Relief of Crime Victim's Compensation Earlier Requested from Attorney General's Office," filed in the United States Court of Appeals for the Federal Circuit.

r. A "Notice of Filing/Proof of Service" filed in the United States District Court of Appeals for the District of Columbia.

    s. A packet labeled "Evidence" to include copies of the Orders entered in this case and other associated papers.

    t. A packet stating "this stack is a 'condensed' copy of the originals mailed to the SCOTUS Clerk on 1/11/2024."

As it relates to the first set of documents (paragraphs 1(a)–(d) above), as set forth above, these documents have previously been submitted to the Court, and the Court determined that the documents had no arguable merit and ordered them returned to Lindberg.  *See* Doc. No. 35.  For the same reasons previously set forth, these filings have no arguable merit, and they will be ordered returned to Lindberg in accordance with the Court's directives set forth in 6:21-cv-1372-RBD-GJK, Doc. No. 20.  *See id.*

Regarding the second set of documents received on June 10, 2024 (paragraphs 2 and 3 above), there is no basis for filing a notice of related matters in Lindberg's closed federal cases under the Local Rules or the Federal Rules of Civil Procedure. There is no case or controversy before the Court and, thus, the Notice is improper. *See also* Doc. Nos. 33, 35.  As to the Motion to File Under Seal, there is no basis for making this filing in this Court in Lindberg's closed federal cases under the Local Rules of this Court or the Federal Rules of Civil Procedure.  To the extent that Lindberg seeks relief regarding matters pending in other courts outside of the

District Court for the Middle District of Florida, this Court lacks jurisdiction to hear matters pending in other courts.

Finally, as it relates to the box of certified priority mail sent on June 15, 2024 (paragraph 4 above), and the "Motion to Transfer Seventh Circuit and Eleventh Circuit Matters" and associated filings, there is no basis for making these filings in Lindberg's closed federal cases under the Local Rules of this Court or the Federal Rules of Civil Procedure. Again, to the extent that Lindberg seeks relief regarding matters pending in other courts outside of the District Court for the Middle District of Florida, this Court lacks jurisdiction to hear matters pending in other courts.

Accordingly, it is **ORDERED** that the documents described in this Order have no arguable merit or are abusive, frivolous, scandalous, or duplicative. The Clerk of Court is **DIRECTED** to return the original documents to Lindberg after making a copy for the Court and to otherwise follow the Court's directions set forth in 6:21-cv-1372-RBD-GJK, Doc. No. 20.

**DONE** and **ORDERED** in Orlando, Florida on July 23, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties