# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Lena Marie Lindberg**

**Case No:   6:21-mc-163-RBD-LHP**

## ORDER

On October 26, 2021, in case number 6:21-cv-1372-RBD-GJK (Doc. No. 20), the Honorable Roy B. Dalton, Jr., United States District Judge, precluded Lena Marie Lindberg ("Lindberg") from filing any pleading or filing without prescreening for arguable merit by a judicial officer.  Doc. No. 1.[1]   Lindberg's most recent documents have been submitted to the undersigned for review pursuant to the terms of the October 26, 2021 Order,[2] which include the following:

1. Priority Mail received in September 2024 containing the following materials:

    a. A packet including a Temporary Injunction for Protection Against Domestic Violence issued by the Circuit Court of the

---

[1] The matter was before Judge Dalton *sua sponte* in light of Lindberg's six pending cases at that time: 6:21-cv-1372-RBD-GJK, 6:21-cv-1417-RBD-GJK, 6:21-cv-1544-RBD-GJK, 6:21-cv-1587, 6:21-cv-1704-RBD-GJK, 6:21-cv-1747-RBD-EJK, and 6:21-cv-1783-RBD-EJK. *See* 6:21-cv-1372-RBD-GJK, Doc. No. 20.  Those matters have all since been closed.

[2] This matter was reassigned to the undersigned as the assigned Magistrate Judge on October 30, 2023.  Doc. No. 31.

Eighteenth Judicial Circuit, in and for Brevard County, Florida, copies of state court docket sheets, copies of receipts, a letter about "Contents of Box Mailed USPS to DC District Court 6/15/2024," and copies of USPS tracking numbers and receipts.

b. An August 19, 2024 – Multi Jurisdiction Litigation Proof of Service.

c. Printouts from PACER.

d. An August 19, 2024 letter to the Clerk of Court for the Court of Appeals for the Eleventh Circuit regarding a restricted filing docketed in "23-12425-F."

e. Copies of emails sent by Lindberg to the United States Court of Appeals for the Armed Forces.

f. An August 20, 2024 Proof of Service of documents sent to the Clerk of Court for the United States District Court for the Northern District of Illinois.

g. A document containing the above case style and requesting to "Adopt the Record" of other cases filed in other courts, to include copies of documents from the United States District Court for the District of Columbia, United States Court of Appeals for the Federal Circuit, a July 17, 2024 letter to the Office of the Solicitor General, a

copy of an Order entered in this case, and an opening brief filed in the United States Court of Appeals for the District of Columbia.

    h.    A mailing envelope and its contents that were sent by the Court to Lindberg returning materials she previously attempted to file but the Court found lacking arguable merit and abusive, frivolous, scandalous, or duplicative.  *See* Doc. No. 36.

2.    USPS Ground Advantage Mail received on September 12, 2024 to contain the following materials:

    a.    A letter to the Clerk of Court for the Middle District of Florida, Orlando Division referencing and attaching letters sent to the Clerk of Court for the Supreme Court of the United States, Clerks of Court for the United States Courts of Appeals of the Seventh and Eleventh Circuits, the Clerk of Court for the United States District Court for the District of Columbia, and the Clerk of Court for the United States District Court for the District of Illinois.

    b.    Copies of several receipts and envelopes.

    c.    An "Email from Lena Marie Lindberg for AAOA investigation of waste, fraud, and abuse: reporting Florida (and Illinois) judges from federal and state courts involved in an ongoing conspiracy."

  d. A copy of the screening order entered in Case No. 6:1-cv-1372-RBD-GJK.

  e. Copies of documents previously returned to Lindberg by prior order, *see* Doc. No. 36.

  f. A packet containing copies, multiple pages per sheet, of various unexplained documents, to include court orders, correspondence with attorneys, receipts, records from the State of Florida, copies of envelopes, and emails sent by Lindberg.

  g. A packet containing copies, multiple pages per sheet, of envelopes, receipts, and proofs of service.

  h. A letter to Lindberg from the United States Department of Justice Civil Rights Division notifying Lindberg that no further action would be taken regarding a June 2, 2024 complaint.

  i. A document titled, "Information to Pair with the Enclosed Copies of USPS Mail Listed in the Accompanying Index Involving Dates 11/17/2020 through 8/31/2024."

3. An envelope received September 13, 2024 which contains a copy of an envelope sent to Lindberg by the United States District Court for the District of Illinois, a Sanctions Order entered by the United States Court of Appeals for the Seventh Circuit, a copy of an envelope sent to the United States

Attorneys Office for District of Illinois by Lindberg, and copies of several receipts.

4.  An envelope received on September 16, 2024, to include a September 10, 2024 letter to the Clerk of Court for the Middle District of Florida, Orlando Division, regarding filings sent to other Courts and various perceived wrongs against Lindberg, and copies of tracking numbers, receipts, and envelopes.

Upon review, there is no apparent basis for making these filings in Lindberg's closed federal cases under the Local Rules of this Court or the Federal Rules of Civil Procedure. To the extent that these filings seek any affirmative relief from the Court, there is no arguable merit to the request(s). And to the extent that Lindberg seeks relief regarding matters pending in other courts outside of the District Court for the Middle District of Florida, this Court lacks jurisdiction to hear matters pending in other courts. Finally, as some of these documents have previously been submitted to the Court and ordered returned to Lindberg, these filings have no arguable merit and should be returned to Lindberg in accordance with the Court's prior directives.

Accordingly, it is **ORDERED** that the documents described in this Order have no arguable merit or are abusive, frivolous, scandalous, or duplicative. The Clerk of Court is **DIRECTED** to return the original documents to Lindberg after

making a copy for the Court and to otherwise follow the Court's directions set forth in 6:21-cv-1372-RBD-GJK, Doc. No. 20.

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties